JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GIGACLOUD TECHNOLOGY INC, a
Cayman Islands corporation, and
GIGACLOUD TRADING INC., a
Delaware corporation,

        Plaintiffs,

    v.

LINON HOME DÉCOR PRODUCTS,
INC., a New York corporation; L.
POWELL NEWCO, INC., a Delaware
corporation; DEMETRIOS ZIOZIS;
and DOES 1-20, inclusive,

        Defendants.

**Case No.** 2:24-cv-04308-CBM-AGR

**ORDER OF DISMISSAL WITH
PREJUDICE [72]**

Hon. Consuelo B. Marshall
Complaint filed: May 23, 2024

On July 24, 2025, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, the Court APPROVES the stipulation and **DISMISSES WITH PREJUDICE** this action in its entirety. Each party must bear its own attorneys' fees and costs. The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated:  July 25, 2025                By: _____
                                        Hon. Consuelo B. Marshall
                                        United States District Judge